FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 02 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00769-BNB

TYRONE DAVIS,

    Applicant,

v.

BLAKE R. DAVIS, ADMAX - Warden,

    Respondent.

## AMENDED ORDER TO REFUND OVERPAYMENT OF HABEAS CORPUS FILING FEE

On April 1, 2011, the Court denied Applicant, Tyrone Davis, leave to proceed pursuant to 28 U.S.C. § 1915, and ordered him to pay within thirty days the $5.00 filing fee required by 28 U.S.C. § 1914 if he wished to pursue his claims in this action.

On April 20, 2011, Mr. Davis tendered a partial payment in the amount of $2.50. On April 27, 2011, he tendered two separate checks, each in the amount of $5.00. Mr. Davis now has tendered a total amount of $12.50 for a habeas corpus action in which the filing fee is $5.00. Therefore, the clerk of the Court will be directed to refund to Mr. Davis his $7.50 overpayment.

Accordingly, it is

ORDERED that the clerk of the Court refund to Applicant, Tyrone Davis, his $7.50 overpayment of the filing fee in this habeas corpus action. It is

FURTHER ORDERED that the clerk of the Court mail the refund to Tyrone Davis, Registration No. 08066-021, United States Penitentiary, Administrative

Maximum, P.O. Box 8500, Florence, CO 81226.

DATED at Denver, Colorado, this 2nd day of May, 2011.

BY THE COURT:

<u>*s/Craig B. Shaffer*</u>
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00769-BNB

Tyrone Davis
Reg No. 08066-021
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

US District Court
Financial Division
***DELIVERED ELECTRONICALLY***

    I hereby certify that I have mailed a copy of the **AMENDED ORDER** to the above-named individuals on May 2, 2011.


GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk